UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CELSO PATINO,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | No. 4:16-CV-05096-EFS<br><br>**ORDER DISMISSING CASE** |

On September 22, 2017, the parties filed a Stipulated Motion to Dismiss with Prejudice, ECF No. 61. The parties ask that this action "be dismissed with prejudice and without costs to any party as to all claims, contractual and extra-contractual, that now exist or that may exist in the future among the parties to this litigation arising out of the motor vehicle accident on June 12, 2010, and any claims handing related thereto, which are the subject of Plaintiff's Complaint." As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(ii), **IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 61**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

ORDER DISMISSING CASE - 1

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  2nd  day of October 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2016\16-CV-5096;Patino v State Farm.Stipulated.Dismissal.LC1.docx

ORDER DISMISSING CASE - 2